## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**SCRANTON**

JAN 2 1 2014

CHERLY LEIGH VARGAS,      :

      **Plaintiff**      :

     **vs.**      :      **3:12-CV-01215**

      :      **(Judge MARIANI)**

CAROLYN W. COLVIN, ACTING    :
COMMISSIONER OF SOCIAL
SECURITY,      :

      :

      **Defendant**      :

PER ____
DEPUTY CLERK

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1.  The Clerk of Court shall enter judgment in favor of Cherly Leigh Vargas and against the Commissioner of Social Security, as set forth in the following paragraph.

    2.  The decision of the Commissioner of Social Security denying Cherly Leigh Vargas disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

    2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence.

    3.  The Clerk of Court shall close this case.

Robert D. Mariani
United States District Judge

Dated: January 21, 2014